IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Jennifer J. Selis-Evans, | Case No. 3:18 CV 2414 |
| Plaintiff, | ORDER ADOPTING |
| -vs- | <u>REPORT AND RECOMMENDATION</u> |
| Commissioner of Social Security, | JUDGE JACK ZOUHARY |
| Defendant. | |

Plaintiff Jennifer Selis-Evans applied for Social Security disability benefits in 2013 (Doc. 11 at 1). After denials by the state agency and on reconsideration, Selis-Evans requested an administrative hearing (*id.*). The ALJ determined Selis-Evans was not disabled and the Appeals Council denied her request for review (*id.* at 1–2). She then filed a Complaint in this Court against Defendant Commissioner of Social Security (Doc. 1). The Complaint seeks judicial review of the Commissioner's determination that Selis-Evans is not entitled to benefits (*id.* at 2).

The case was automatically referred to Magistrate Judge Kathleen Burke under Local Civil Rule 72.2(b)(1) (Non-Doc. Entry 10/18/2018). The Commissioner answered (Doc. 6). Judge Burke then issued a Report and Recommendation ("R&R"), concluding this Court should affirm the Commissioner's denial of benefits (Doc. 11 at 16).

The R&R states that objections to the R&R are due fourteen days after the date of its service (*id.*). The deadline passed, and no objections have been filed. Therefore, having reviewed the R&R, this Court adopts it in its entirety. *See Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). The Complaint (Doc. 1) is dismissed. Further,

this Court certifies that an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

                                                    s/ *Jack Zouhary*
                                                    JACK ZOUHARY
                                                    U. S. DISTRICT JUDGE

                                                  August 29, 2019